UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSHALL E. BLOOMFIELD

**Plaintiff**

-v-

DERMOT MACSHANE et al.

**Defendant**

Case No. 07 CIV3934

**Rule 7.1 Statement**

*Judge Holwell*

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____NONE_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** May 21, 2007 _____

**Signature of Attorney**
JOHN STACKPOLE GROARKE (JG-9031)
**Attorney Bar Code:**

Form Rule7_1.pdf