UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,

               Petitioner-Judgment Creditor        Civil Action No.:
                                                                          07-CIV-3934

  - against –

DERMOT MACSHANE,

               Respondent-Judgment Debtor        AFFIDAVIT
                                                                          OF SERVICE

      -and-

SERGEANT'S BENEVOLENT ASSOCIATION
ANNUITY FUND; THE CITY OF NEW YORK
POLICE PENSION FUND AND THE FUND
OFFICE OF LOCAL 580 OF ARCHITECTURAL
AND ORNAMENTAL IRON WORKERS,

               Respondents.
-----------------------------------------------------------------------X

STATE OF NEW YORK)
                       ) ss.:
COUNTY OF NASSAU )

        Joan Cancellieri, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11550.

        On May 21, 2007 Deponent served the within **NOTICE OF PETITION FOR REMOVAL, CIVIL COVER SHEET AND RULE 7.1 STATEMENT**upon the following attorney in this action, at the address indicated below, which address has been designated by said attorney for that purpose by **UPS OVERNIGHT DELIVERY.**

TO:  MARSHALL BLOOMFIELD, ESQ.
     Petitioner
     349 East 149th Street
     Bronx, New York 10451-5603

     DERMOT MACSHANE
     Respondent
     1030 Hollywood Avenue
     Bronx, New York 10463

     ANNE PAXTON, ESQ.
     O'DWYER & BERNSTEIN, LLP
     Attorneys for Respondent
     SERGEANTS BENEVOLENT ASSOCIATION ANNUITY FUND
     52 Duane Street, 5th Floor
     New York, New York 10007

     CITY OF NEW YORK POLICE PENSION FUND
     Respondent
     c/o Corporation Counsel
     100 Church Street
     New York, New York 10007

_____
JOAN CANCELLIERI

Sworn to before me this
21st day of May, 2007

_____
NOTARY PUBLIC

JOAN A. TESAR
Notary Public, State of New York
No. 01TE6152150
Qualified in Nassau County
Commission Expires 8/28/2010