

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
MARSHALL E. BLOOMFIELD,            :     07 Civ. 3934 (RJH)
:
              Plaintiff,        :
:
   - against -                  :     **ORDER**
:
DERMOT MACSHANE, et al.,            :
:
             Defendants.       :
:
------------------------------------------------------------x

      The Court has received defendants Fund Office of Local 580 of Architectural and Ornamental Iron Workers and Sergeant's Benevolent Association Annuity Plan's premotion letters requesting permission to file motions to dismiss plaintiff's Verified Petition. The Court has also received plaintiff's premotion letter requesting permission to file a motion to remand the action to state court. A premotion conference will not be necessary. Moving defendants shall file their opening papers on or before July 6, 2007. Plaintiff shall likewise file his motion to remand on that date. Opposition papers shall be filed on or before July 25, 2007. Reply papers shall be filed on or before August 3, 2007.

SO ORDERED.

Dated: New York, New York
       June 15, 2007

                                                      _____
                                                      Richard J. Holwell
                                                      United States District Judge