COPY MAILED/FAXED TO:

COUNSEL FOR PLTFF(S): _____
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: ✓
DFT PRO SE: _____
DATE: 6/26/07
BY: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARSHALL E. BLOOMFIELD,                    :        07 Civ. 3934 (RJH)

                        Petitioner,        :

        - against -                        :        **ORDER**

DERMOT MACSHANE, et al.,                   :

                        Respondents.       :

------------------------------------------------------------x

*U.S. DISTRICT COURT FILED JUN 2 7 2007 S.D. OF N.Y.*

The Court has received respondent City of New York Police Pension Fund's motion to

remand to state court.  Opposition papers to this motion shall be due on July 25, 2007, as are

opposition papers to all other pending motions pursuant to the Court's order of June 15, 2007.

All reply papers shall be filed on August 3, 2007.

SO ORDERED.

Dated: New York, New York
       June 26, 2007

                                                    Richard J. Holwell
                                                    United States District Judge

MICROFILM
JUN 27 2007  -3___

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07