UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,                          :
                                                            Petitioner,    :    Civil Action No.:
                                                                        :    07 Civ. 3934 (RJH)

        -against-                                       :

DERMOT MACSHANE,                                 :    **NOTICE OF MOTION**

                                                            Respondent,    :

        -and-                                            :

SERGEANT'S BENEVOLENT ASSOCIATION                :
ANNUITY FUND; THE CITY OF NEW YORK               :
POLICE PENSION FUND AND THE FUND                 :
OFFICE OF LOCAL 580 OF ARCHITECTURAL             :
AND ORNAMENTAL IRON WORKERS,                     :

                                                         Respondents.    :
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that upon the annexed declaration of John Stackpole Groarke dated July 5, 2007, with supporting exhibits, and the accompanying memorandum of law, and pursuant to the Federal Rules of Civil Procedure and the Order of Honorable Richard J. Holwell, U.S.D.J. dated June 15, 2007, the Respondent, THE FUND OFFICE OF LOCAL 580 OF ARCHITECTURAL AND ORNAMENTAL IRON WORKERS, by its attorneys, Colleran, O'Hara & Mills L.L.P., will move this Court located at 500 Pearl Street, New York, New York on August 6, 2007 or as soon thereafter for an Order dismissing the Petitioner's Verified Petition pursuant to F.R.C.P. 12(b)(6) against Respondent, THE FUND OFFICE OF LOCAL 580 OF ARCHITECTURAL AND ORNAMENTAL IRON WORKERS, and for such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be filed on or before July 25, 2007 and reply papers shall be filed on or before August 3, 2007, pursuant to the Order of the Court dated June 25, 2007.

**PLEASE TAKE FURTHER NOTICE** that oral argument is **not** requested by Defendant.

Dated: Garden City New York
      July 5, 2007

JOHN STACKPOLE GROARKE (JG 9031)
COLLERAN O'HARA & MILLS LLP
Attorney for Defendant, THE FUND OFFICE
 OF LOCAL 580 OF ARCHITECTURAL AND
 ORNAMENTAL IRON WORKERS
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 248-5757

TO:   Marshall E. Bloomfield, Esq.
      349 East 149th Street
      Bronx, New York 10451
      (718) 665-5900

      Anne Paxton, Esq.
      O'Dwyer & Bernstein, L.L.P.
      Attorney for SERGEANTS BENEVOLENT
       ASSOCIATION ANNUITY FUND
      52 Duane Street, 5th Floor
      New York, New York 10007

      Keith M. Snow, Esq.
      Corporation Counsel of The City of New York
      Attorney for CITY OF NEW YORK POLICE
       PENSION FUND
      100 Church Street, Room 5-141
      New York, New York 10007
      (212) 788-0581

      Dermott MacShane
      1030 Hollywood Avenue
      Bronx, New York 10463