# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

2022/200

MARSHALL E. BLOOMFIELD, ESQ
    Petitioner-Judgment Creditor
-against-
Dermot Macshane,
    Respondent-Judgment Debtor
Judith Macshane,
    Respondent
AND
Sergeants Benevolent Association Annuity Fund, The City of New York Police Pension Fund, Fund Office of Local 580 of Architectural and Ornamental Iron Workers, Allstate Financial Services, HSBC, Citibank, New York City Police Department, Wachovia f/k/a First Union,

INFORMATION SUBPOENA
WITH Rule 5224
CERTIFICATION & ANNEXED
QUESTIONNAIRE

| To: | Fund Office of Local 580 of Architectural and Ornamental Iron Workers<br>501 W 42 S<br>NY, NY 10036 |
|---|---|

WHEREAS, in an action in the, Supreme Court of the State of New York County of Putnam with as Plaintiff(s) and , as Defendant(s) who are all the parties in said action, a judgment was entered on 01/16/2005 in favor of Marshall E. Bloomfield Esq., Judgment Creditor and against, and against, Dermot Macshane, Judgment Debtor(s) in the amount of $30,392.19 of which $31,489.91 together with interest thereon from March 20, 2007 remains due and unpaid; and,
NOW, THEREFORE WE COMMAND YOU, that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying the subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original of the questions within 7 days after your receipt of the questions and this subpoena.
TAKE NOTICE that false swearing or failure to comply with this subpoena is punishable as contempt of court.
PLEASE TAKE NOTICE that you are hereby commanded to answer fully each and every question herein below set forth to the best of your ability, and wherever possible to do so in the space provided thereunder, returning the original thereof, SIGNED BEFORE A NOTARY PUBLIC, in the prepaid, self-addressed envelope enclosed, within seven (7) days after your receipt of these Questions and the Subpoena annexed hereto.
NOTICE: CPLR Rule 5224(a)3 STATES, (and we require compliance with):
    "EACH QUESTION SHALL BE ANSWERED SEPARATELY & FULLY and EACH ANSWER SHALL REFER TO THE QUESTION TO WHICH IT REFERS....ANSWERS SHALL BE RETURNED WITH THE ORIGINAL OF THE QUESTIONS within SEVEN days after receipt."
I HEREBY CERTIFY that this Information Subpoena complies with Rule 5224 of the Civil Practice Law and Rules and that I have a reasonable belief that the party receiving this Information Subpoena has in their possession information about the Judgment Debtor(s) that will assist the Judgment Creditor in collecting the Judgment.
    YOUR SHORT FORM WILL NOT BE COMPLIANCE!
Answers shall be made by any officer, agent, or employee having the information if you are a corporation, partnership or sole proprietorship.
Dated: Bronx, New York
    March 20, 2007

Marshall E. Bloomfield, ESQ
Attorney for Judgment Creditor(s)
349 E 149 ST, BX NY 10451-5603
(718) 665-5900 or (212) 662-1870
Attorney File# 8810N

NOTE: There is a Restraining Notice attached hereto and served simultaneously.
    Please do not hesitate to contact this firm if you have questions or need more information!

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

2022A

## QUESTIONNAIRE

MARSHALL E. BLOOMFIELD, ESQ
              Petitioner-Judgment Creditor
-against-
Dermot Macshane,
              Respondent-Judgment Debtor
Judith Macshane,
              Respondent
AND
Sergeants Benevolent Association Annuity Fund, The City of New York Police Pension Fund, Fund Office of Local 580 of Architectural and Ornamental Iron Workers, Allstate Financial Services, HSBC, Citibank, New York City Police Department, Wachovia f/k/a First Union.

TO: Fund Office of Local 580 of Architectural and Ornamental Iron Workers
501 W 42 ST
NY, NY 10036

STATE OF NEW YORK       :
                          SS:
COUNTY OF _____ :

I, **Peter Myers** BEING SWORN DEPOSES AND SAYS: THAT DEPONENT IS THE **Fund Director** OF **I.W. Local 580** RECIPIENT OF AN INFORMATION SUBPOENA HEREIN AND OF THE ORIGINAL AND A COPY OF QUESTIONS ACCOMPANYING SAID SUBPOENA. THE ANSWERS SET FORTH BELOW ARE MADE FROM INFORMATION OBTAINED FROM RECORDS OF THE RECIPIENT:

(IF YOU NEED MORE SPACE, YOU MAY ATTACH ADDITIONAL SHEETS OF PAPER TO THIS SUBPOENA)
PLEASE CHECK ALL ACCOUNTS INCLUDING BUT NOT LIMITED TO:
A>> WAS THERE EVER* AN ACCOUNT AT YOUR BANK, EVEN IF NOW "CLOSED"?:
    * (CERTAINLY WITHIN LAST 3 YEARS UNLESS YOUR RECORDS GO FURTHER!)

MUST ANSWER>> YES: ___ NO: ✓     <<INITIAL CORRECT ANSWER
                         AND,

B>> AFTER A THOROUGH AND EXHAUSTIVE CHECK OF ALL YOUR RECORDS, HAVE YOU FOUND ANY ACCOUNTS, AND WHETHER OR NOT THEY ARE PRESENTLY OPEN OR CLOSED, FOR EITHER ACCOUNTS OR LOANS, AT ANY OF YOUR NUMEROUS OFFICES OR BRANCHES?

MUST ANSWER>> YES: ___ NO: ✓     <<INITIAL CORRECT ANSWER

<<THANK YOU FOR YOUR COOPERATION>>
<<REMINDER: YOUR ANSWER MUST BE NOTARIZED>>

IF THE ANSWER TO NO. "B>>" ON PRIOR PAGE IS "YES", AND IF THERE WERE (OR ARE) OPEN OR CLOSED ACCOUNTS (INCLUDING IN ANY OF YOUR BRANCHES), YOU MUST FILL OUT THE REMAINING QUESTIONS WITHIN THIS SUBPOENA. ON THE OTHER HAND, IF THE ANSWER IS "NO", AND IF YOU'RE SURE, YOU NEED NOT ANSWER ANY MORE QUESTIONS --- JUST INITIAL EACH ANSWER AND SIGN ON THE LAST PAGE BEFORE A NOTARY PUBLIC AFTER SWEARING TO THE ACCURACY OF YOUR ANSWERS.

WHERE ANSWER TO "A>>" OR "B>>" "YES" THEN:

L.    SET FORTH EACH & EVERY ITEM SHOWN ON YOUR ACCOUNT RELATIONSHIP/CUSTOMER DATA BASE (OR RECORDS), OR OTHERWISE WITHIN YOUR POSSESSION, ACCESS, AND/OR CONTROL, WITH REFERENCE TO ABOVE-NAMED JUDGMENT DEBTOR(S), INCLUDING, BUT NOT LIMITED TO:



A. THE EXACT TITLE AND ACCOUNT NUMBER OF EACH AND EVERY ACCOUNT, OR RELATED ACCOUNT, AD WHETHER PAST OR PRESENT, OPEN OR CLOSED, AND IF CLOSED ON WHAT DATE):

**Local 580 Annuity Fund. 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. Open**

B. SET FORTH WHETHER OR NOT THE SAID ACCOUNT(S) ARE WITH YOUR BANK; AND IF "YES", WITH WHICH BRANCH, AND ITS ADDRESS:

**Local 580 Annuity Fund.
501 West 42nd St. N.Y. N.Y. 10036**

C. FOR EACH SAID ACCOUNT, SET FORTH THE CURRENT BALANCE:

**$59,804.80**

D. SET FORTH WHETHER OR NOT EACH ACCOUNT ENUMERATED IS NOW OPEN OR CLOSED, AND IF CLOSED, SET FORTH THE DATE OF CLOSING THEREOF. PLUS THE PAYEE, DATE AND AMOUNT OF LAST 10 WITHDRAWALS. PLUS THE PAYOR, DATE, AND AMOUNT OF LAST 10 DEPOSITS.

**Opened.**

2. SET FORTH ALL EMPLOYMENT INFORMATION SHOWN ON YOUR RECORDS, INCLUDING DATES OF EMPLOYMENT & YOUR VERIFICATION THEREOF.

**NOT AN EMPLOYEE. he is a member of this uni**

3. SET FORTH THE DATE OF BIRTH OF THE JUDGMENT DEBTOR(S). **12-31-1959**

4. SET FORTH THE SOCIAL SECURITY NUMBER OF THE JUDGMENT DEBTOR(S). **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**

5. SET FORTH ALL CREDIT INQUIRIES RECEIVED RELATIVE TO JUDGMENT DEBTOR(S). (WHO INQUIRED? WHEN? WHAT WAS STATED PURPOSE OF INQUIRY?)

**UNKNOWN**

6. SET FORTH THE TITLE OR POSITION OF THE EMPLOYEE(S) (JUDGMENT DEBTOR(S)).

**NOT A EMPLOYEE.**

7. SET FORTH THE ANNUAL SALARY OF THE SAID JUDGMENT DEBTOR(S).

**UNKNOWN.**

8. IF THE JUDGMENT DEBTOR(S) IS/ARE MARRIED, SET FORTH THE NAME, (MAIDEN NAME IF APPROPRIATE, SOCIAL SECURITY NUMBER, AND ADDRESS OF THE SPOUSE.

**N/A**

9. SET FORTH NAME & ADDRESS ANY KNOWN DEPENDANTS OF DEBTOR(S). **SIOBHAN MACSHANE 1030 HOLLYWOOD AVE. BRONX N.Y. 10465**

V:\Darmot MACSHANE\SE10MM07 is Fund Office of Local 580 of Architectural and Ornamental Iron Workers\070320-LF.WPD

The Law Offices of
Marshall E. Bloomfield,
Esq. 349 E 149 ST BX NY
10451-5603                4

10. SET FORTH ALL REAL PROPERTY OWNED BY THE JUDGMENT DEBTOR(S).

    UNKNOWN

11. SET FORTH THE NAME AND ADDRESS OF THE CLOSEST LIVING RELATIVE OF THE JUDGMENT DEBTOR(S).

    UNKNOWN

12. SET FORTH ALL REFERENCES (BOTH BUSINESS, BANKING, AND PERSONAL) LISTED BY THE JUDGMENT DEBTOR(S), AS WELL AS THEIR ADDRESSES.

    UNKNOWN

13. SET FORTH ALL ASSETS LISTED BY THE JUDGMENT DEBTOR(S).

    UNKNOWN

14. SET FORTH THE YEAR, MAKE AND LICENSE NUMBER AND/OR REGISTRATION NUMBER OF ANY VEHICLES OWNED BY THE JUDGMENT DEBTOR(S).

    UNKNOWN

15. SET FORTH WHETHER OR NOT THE RECORDS KEPT IN THE NORMAL COURSE OF BUSINESS INDICATES THAT ANY OPEN ACCOUNT HAS A HIGHER BALANCE AT ANY GIVEN DAY OF THE WEEK, TIME OF THE MONTH, PERIOD OF THE YEAR, AND IF SO, IDENTIFY THE SAME.

    N/A

16. SET FORTH WHETHER OR NOT THERE IS ANY PERSON OR PERSONS WITHIN THE BANK PARTICULARLY FAMILIAR WITH THE ABOVE ACCOUNT(S) OR RELATED BUSINESS, AND IF SO, SET FORTH THE PERSON'S NAME AND TITLE.

    UNKNOWN

17. IF THE ANSWER TO NO. 16 IS AFFIRMATIVE, PLEASE HAVE SAID PERSON REVIEW AND SUPPLEMENT THE ANSWERS PREVIOUSLY PROVIDED ELSEWHERE HEREIN; IT GOES TO THE ESSENCE OF THE INTEGRITY OF THE ANSWERS PROVIDED BY YOU THAT YOUR ANSWERS ACCURATELY REFLECT AND PRESENT A TRUE AND ACCURATE PICTURE OF THE INFORMATION SOUGHT HEREIN.

    N/A

18. PLEASE SET FORTH THE MOST RECENT HOME ADDRESS YOUR RECORDS INDICATE FOR EACH NAMED JUDGMENT DEBTOR(S):

    1030 HOLLYWOOD AVE. BRONX N.Y. 10465

V:\Dermot MACSHANE\SR10LRE07 to Filing Office of Local 580 of Architectural and Ornamental Iron Workers-070320-LF V/PD

The Law Offices of
Marshall E. Bloomfield,
Esq. 349 E 149 ST BX NY
10451-5603                5

19. STATE WHETHER THERE ARE ANY PENDING TRANSACTIONS, OR SUMS OF MONEY PRESENTLY DUE, OR TO BECOME DUE TO JUDGMENT DEBTOR(S), AND IF SO, THE AMOUNTS THEREOF. IF AFFIRMATIVE, SET FORTH INFORMATION THEREON:

NONE AT THIS TIME.

20. IF THE JUDGMENT DEBTOR(S) RECEIVE AUTOMATIC DEPOSITS OR WITHDRAWS FROM ANY OPEN OR CLOSED ACCOUNT AT YOUR INSTITUTION, PLEASE SET FORTH ALL INFORMATION REGARDING THESE TRANSACTIONS.

N/A

21. IF ANY OF THE OPEN OR CLOSED ACCOUNTS WAS LINKED TO A BROKERAGE ACCOUNT, OR MORTGAGE ACCOUNT, PLEASE SET FORTH ALL INFORMATION REGARDING THE LINKED ACCOUNT(S).

N/A

TAKE FURTHER NOTICE, THAT FALSE SWEARING OR FAILURE TO COMPLY WITH EACH AND EVERY ONE OF THE ABOVE ITEMS SET FORTH IN THE ABOVE SUBPOENA IS PUNISHABLE AS A CONTEMPT OF COURT.

DATED: BRONX, NEW YORK
MARCH 20, 2007

MARSHALL E. BLOOMFIELD, ESQ
ATTORNEY FOR JUDGMENT CREDITOR(S)
349 E 149 ST, BX NY 10451-560
(718) 665-5900 OR (212) 662-187
ATTORNEY FILE#: 8810N

THE UNDERSIGNED REPRESENTS THAT THE ABOVE ANSWERS ARE TO THE BEST OF MY ABILITY!

BY: _Peter Myers_
Peter Myers
(NAME SIGNED MUST BE PRINTED BELOW)

SWORN TO BEFORE ME THIS 3

DAY OF APRIL, 20 07.

_[signature]_
NOTARY PUBLIC

PATRICK DOHERTY
Notary Public, State of New York
No. 01DO6018159
Qualified in Rockland County
Commission Expires Jan. 4, 2011

NOTE: YOU ONLY HAVE TO RETURN THE ORIGINAL TO OUR OFFICE THE "COPY" IS FOR YOUR RECORDS AND RETURNING IT TO US MAY REQUIRE YOU TO PLACE EXTRA POSTAGE ON THE ENVELOPE PROVIDED!

V\Dermot MACSHANE\8810AA407 to Fund Office of Local 580 of Architectural and Ornamental Iron Workers-070370-LF.WPD

The Law Offices of
Marshall E. Bloomfield,
Esq. 349 E 149 ST BX NY
10451-5600

6