UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,

                Petitioner-Judgment-Creditor,     07 Cv. 3934 (RJH)

  -against-

DERMOT MacSHANE,                              DECLARATION

                Respondent-Judgment-Debtor

Sergeant's Benevolent Association Annuity Fund,
The City of New York Police Pension Fund and the
Fund Office of Local 580 of Architectural and
Ornamental Iron Workers,

                      Respondents.
-------------------------------------------------------------------X

      ANNE M. PAXTON, declares as follows under penalty of perjury pursuant to 28 U.S.C. Section 1746:

      1.     I am of counsel to the law firm of O'Dwyer & Bernstien, LLP, attorneys for the Respondent Sergeant's Benevolent Association Annuity Fund.

      2.     Annexed hereto as Exhibit "2" and "3" are copies of two letters to Marshall Bloomfield, Esq., dated September 1, 2005 and May 3, 2007, respectively.

      3.     On May 17, 2007, a good faith effort was made by the undersigned to resolve this matter. A verbal request was made to Attorney Knoesal, of Petitioner's law office, to withdraw the petition on the grounds that the relief sought was barred by the anti-alienation provision of the Internal Revenue Code. This request was denied and Mr. Knoesal was informed that the undersigned would request costs and sanctions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            July 6, 2007

_____
ANNE M. PAXTON (AMP 4859)