STATE OF NEW YORK        }
                         SS.:
COUNTY OF NEW YORK       }

CLAUDIA BARTON, being duly sworn deposes and says:

I am not a party to the action, am above the age of eighteen (18) years of age and reside in Queens, New York. On July 25, 2007, I served the within *Memorandum of Law in Opposition to the Remand Motions of Petitioner and Police Pension Fund* by depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth below:

LAW OFFICES OF
MARSHALL E. BLOOMFIELD, ESQ.
Petitioner
349 East 149th Street
Bronx, New York 10451-5603
(718) 665-5900

MICHAEL A. CARDOZO
Att: Keith M. Snow, Esq., Assistant Corporation Counsel
Corporation Counsel of the City of New York
Attorneys for Respondent New York City Police Pension Fund
100 Church Street, Room 5-141
New York, New York 10007-2601
(212) 788-0581

COLLERAN, O'HARA & MILLS, LLP
Att: John Groarke, Esq.
Attorneys for Respondent Fund Office of Local 580
of Architectural and Ornamental Iron Workers
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 248-5757

BERKMAN & HUDAK, P.C.
Att: Elizabeth D. Hudak, Esq.
Attorneys for Respondent
Dermot MacShane
38 Gleneida Avenue
Carmel, New York 10512
(845) 225-5827

_____
CLAUDIA BARTON

Sworn to before me this
25th day of July 2007

_____
NOTARY PUBLIC

PATRICIA CRISCUOLI
Notary Public, State of New York
No. 24-4976573
Qualified in Richmond County
Commission Expires 1/14/2011