# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,

        Petitioner-Judgment Creditor,    Civil Action No. 07 CIV 3934

- against –

DERMOT MACSHANE,                     NOTICE OF PETITION
                                                            FOR REMOVAL
        Respondent-Judgment Debtor

-and-

SERGEANT'S BENEVOLENT ASSOCIATION
ANNUITY FUND; THE CITY OF NEW YORK
POLICE PENSION FUND AND THE FUND
OFFICE OF LOCAL 580 OF ARCHITECTURAL
AND ORNAMENTAL IRON WORKERS,

        Respondents.
------------------------------------------------------------X

    PLEASE TAKE NOTICE, that there is annexed hereto a Petition for Removal of the above captioned action from the New York State Supreme Court, Putnam County to the United States District Court, Southern District of New York.

Dated: Garden City, New York
        May 21, 2007

                                   COLLERAN, O'HARA & MILLS, L.L.P.
                                   Attorneys for Respondent
                                   FUND OFFICE OF LOCAL 580 OF
                                   ARCHITECTURAL AND ORNAMENTAL
                                   IRON WORKERS

                                   By:_____
                                   JOHN STACKPOLE GROARKE (JG-9031)
                                   1225 Franklin Avenue, Suite 450
                                   Garden City, New York 11530
                                   (516) 248-5757

TO: MARSHALL BLOOMFIELD, ESQ.
349 East 149th Street
Bronx, New York 10451-5603

ANNE PAXTON, ESQ.
O'DWYER & BERNSTEIN, LLP
Attorneys for Respondent
SERGEANTS BENEVOLENT ASSOCIATION ANNUITY FUND
52 Duane Street, 5th Floor
New York, New York 10007

DERMOT MACSHANE
1030 Hollywood Avenue
Bronx, New York 10463

CITY OF NEW YORK POLICE PENSION FUND
c/o Corporation Counsel
100 Church Street
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,

                Petitioner,                      Civil Action No.:

    - against –

DERMOT MACSHANE,                     VERIFIED PETITION
                                                              FOR REMOVAL
                Respondent,

      -and-

SERGEANT'S BENEVOLENT ASSOCIATION
ANNUITY FUND; THE CITY OF NEW YORK
POLICE PENSION FUND AND THE FUND
OFFICE OF LOCAL 580 OF ARCHITECTURAL
AND ORNAMENTAL IRON WORKERS,

                Respondents.
-------------------------------------------------------------------X

TO:    The Judges of the Unites States District Court
         for the Southern District of New York.

        Respondents, LOCAL 580 PENSION FUND, ANNUITY FUND SUPPLEMENTAL FUND, INSURANCE FUND, i/s/h/a the FUND OFFICE OF LOCAL 580 OF ARCHITECTURAL AND ORNAMENTAL IRON WORKERS ("LOCAL 580 FUNDS"), by their attorneys, COLLERAN, O'HARA & MILLS, L.L.P. do hereby allege under penalty of perjury that:

        1.     On or about the 8th day of May, 2007, an action was commenced by the Petitioner, MARSHALL E. BLOOMFIELD, against the Respondents, LOCAL 580 FUNDS by Filing of an Order to Show Cause, Verified Petition and Memorandum of Law in Support of the Petition in the Supreme Court of the State of New York,

County of Putnam entitled "Marshall E. Bloomfield, Petitioner Creditor against Dermot MacShane, Respondent and Sergeant's Benevolent Association Annuity Fund, The City of New York Police Pension Fund, and the Fund Office of Local 580 of Architectural and Ornamental Iron Workers, Respondents and bearing Index Number 969/07. A copy of the Order to Show Cause, Verified Petition and Memorandum of Law in Support of the Petition with Exhibits, are annexed hereto as Exhibit "A". Upon information and belief, said Exhibit "A" constitutes all pleadings and orders filed to date in the Supreme Court proceeding.

2. The time for answering or otherwise pleading to the aforesaid proceeding has not expired.

3. Petitioner, MARSHALL E. BLOOMFIELD, is the former attorney for the Respondent Dermot McShane and maintains his office at 349 East 149th Street, Bronx, New York 10451.

4. The Respondent, LOCAL 580 FUNDS, are "employee benefit plans" and "multi-employer plans" within the meaning of §3(3) and (37) of ERISA, 29 U.S.C. §§1002(3) and (37). Said are jointly administered labor-management trust funds established under §302 at the Labor Management Relations Act (LMRA"), 29 U.S.C. §186. LOCAL 580 FUNDS maintain their offices at 501 West 42nd Street, New York, New York.

5. In its Verified Petition, Petitioner, MARSHALL E. BLOOMFIELD seeks an Order against Respondent LOCAL 580 FUNDS directing LOCAL 580

2

FUNDS to remit up to the sum of $31,855.89 to the Petitioners for allegedly monies assigned by Respondent DERMOT MACSHANE to the Petitioner.

6. The Petitioner proceeding against LOCAL 580 FUNDS is barred by Employee Retirement Income Security Action of 1974. ("ERISA"). Section 206(d)(1) of ERISA provides that pension plan benefits may not be assigned or alienated.

7. This Court has original jurisdiction under the provisions of ERISA §206(d)(1).

8. Attached to this Verified Petition for Removal as Exhibit "B" is a copy of the "Notice of Filing of Verified Petition for Removal of Cause to the United States District Court for the Southern District of New York" that will be served contemporaneously herewith upon all parties and filed with the Clerk of the Supreme Court, County of Putnam.

**WHEREFORE**, for the above reasons, Respondent, FUND OFFICE OF LOCAL 580 OF ARCHITECTURAL AND ORNAMENTAL IRON WORKERS and the FUNDS respectfully request that the proceeding pending against them in the Supreme Court of the State of New York, County of Suffolk be removed therefrom to this Court and for such other and further relief as to this Court seems just, equitable and proper.

Dated: May 21, 2007
       Garden City, New York

                            Respectfully submitted,

                            COLLERAN, O'HARA & MILLS, L.L.P.

                            By: _____
                              JOHN STACKPOLE GROARKE (JG-9031)
                            Attorneys for Respondent
                            FUND OFFICE OF LOCAL 580 OF
                            ARCHITECTURAL AND ORNAMENTAL
                            IRON WORKERS
                            1225 Franklin Avenue, Suite 450
                            Garden City, New York 11530
                            (516) 248-5757

TO:   MARSHALL BLOOMFIELD, ESQ.
       Petitioner
       349 East 149th Street
       Bronx, New York 10451-5603

       DERMOT MACSHANE
       Respondent
       1030 Hollywood Avenue
       Bronx, New York 10463

       ANNE PAXTON, ESQ.
       O'DWYER & BERNSTEIN, LLP
       Attorneys for Respondent
       SERGEANTS BENEVOLENT ASSOCIATION ANNUITY FUND
       52 Duane Street, 5th Floor
       New York, New York 10007

       CITY OF NEW YORK POLICE PENSION FUND
       Respondent
       c/o Corporation Counsel
       100 Church Street
       New York, New York 10007

## VERIFICATION OF PETITION FOR REMOVAL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NASSAU     )

JOHN STACKPOLE GROARKE, of lawful age, being sworn upon his oath says that he is an attorney for Respondents herein, that he has prepared and read the foregoing Verified Petition for Removal and the matters and things contained therein are true as he verily believes.

_____
JOHN STACKPOLE GROARKE (JG-9031)


Subscribed and sworn to before me
this 21st day of May, 2007.

JOAN CANCELLIERI
Notary Public, State of New York
No. 01CA6041601
Qualified in Nassau County
Commission Expires 5/8/10

_____
NOTARY PUBLIC

5