STATE OF NEW YORK            }
                             SS.:
COUNTY OF NEW YORK           }

CLAUDIA BARTON, being duly sworn deposes and says:

I am not a party to the action, am above the age of eighteen (18) years of age and reside in Queens, New York. On July 25, 2007, I served the within ***Memorandum of Law in Opposition to the Remand Motions of Petitioner and Police Pension Fund*** by depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth below:

Dermot MacShane
72 M Rockledge Road
Hartsdale, NY 10530

_____
CLAUDIA BARTON

Sworn to before me this
25th day of July 2007

_____
NOTARY PUBLIC

VICTOR GRECO
Notary Public, State of New York
Reg. No. 02GR4894207
Qualified in New York County
Commission Expires April 20, 2011