UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARSHALL E. BLOOMFIELD,

    Petitioner          Civil Action No.:
                       07-CIV-3934
  -against-

DERMOT MACSHANE,

    Respondent         AFFIDAVIT
                       OF SERVICE

  -and-

SERGEANT'S BENEVOLENT ASSOCIATION
ANNUITY FUND; THE CITY OF NEW YORK
POLICE PENSION FUND AND THE FUND
OFFICE OF LOCAL 580 OF ARCHITECTURAL
AND ORNAMENTAL IRON WORKERS,

    Respondents.
------------------------------------------------------------------X
STATE OF NEW YORK)
        ) ss.:
COUNTY OF NASSAU )

  JOAN CANCELLIERI, being duly sworn, deposes and says:

  Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York.

  On July 25, 2007 Deponent served the within DECLARATION IN SUPPORT OF LOCAL 580 FUND OFFICE'S OPPOSITION TO MOTIONS TO REMAND ACTION TO NEW YORK STATE SUPREME COURT and MEMORANDUM OF LAW IN SUPPORT OF RESPONDENT, THE FUND OFFICE OF LOCAL 580 OF ARCHITECTURAL AND ORNAMENTAL IRON WORKERS OPPOSITION TO MOTIONS TO REMAND ACTION TO SUPREME COURT

STATE OF NEW YORK FILED BY MARSHALL E. BLOOMFIELD AND THE CITY OF NEW YORK POLICE PENSION FUND upon the following attorney(s)/part(ies) in this action, at the address(es) indicated below, which address(es) has been designated by said attorney(s)/part(ies) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   MARSHALL BLOOMFIELD, ESQ.
      Petitioner
      349 East 149th Street
      Bronx, New York 10451-5603

      DERMOT MACSHANE
      Respondent
      1030 Hollywood Avenue
      Bronx, New York 10463

      ANNE PAXTON, ESQ.
      O'DWYER & BERNSTEIN, LLP
      Attorneys for Respondent
      Sergeants Benevolent Association Annuity Fund
      52 Duane Street, 5th Floor
      New York, New York 10007

      CITY OF NEW YORK POLICE PENSION FUND
      Respondent
      c/o Corporation Counsel
      100 Church Street
      New York, New York 10007

                                         _____
                                         JOAN CANCELLIERI

Sworn to before me this
25th day of July, 2007.

_____
NOTARY PUBLIC

JOAN A. TESAR
Notary Public, State of New York
No. 01TE6152150
Qualified in Nassau County
Commission Expires _____