```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARSHALL BLOOMFIELD,                :        07 Civ. 03934 (RJH)

            Plaintiff,            :

   -against-                                    :        **ORDER**

DERMOT MacSHANE, et al,          :

            Defendant.         :

------------------------------------------------------------x

      The pretrial conference scheduled for September 14, 2007 is rescheduled to October 09, 2007, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                 _____
                                 Richard J. Holwell
                                 United States District Judge